UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Michael Pizzo
                       Plaintiff,

v.                                               Case No.: 1:15−cv−07714
                                                                 Honorable James B. Zagel

FIC America Corporation
                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 1, 2016:

      MINUTE entry before the Honorable James B. Zagel: Plaintiff's Joint Motion to Approve Settlement and Dismiss Case [24] is granted. The parties' settlement agreement is a fair and reasonable resolution of a bona fide dispute under the FLSA. This matter is dismissed in its entirety with prejudice. Status hearing set for 9/6/16 is stricken. Civil case terminated. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.